CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 3 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LISA TRIPICIANO, | ) |
| Plaintiff, | ) Civil Action No. 7:13cv00254 |
| v. | ) ORDER |
| ROBERT L. HALE, M.D., *ET AL.*, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the defendants' motions for summary judgment (ECF No. 21, 23, 25, 30), pursuant to Fed. R. Civ. P. 56, and motions in limine (ECF No. 19, 23, 27, 32) are **DENIED**.

**ENTER:** April 23, 2014.

_____
UNITED STATES DISTRICT JUDGE